FILED IN CHAMBERS
U.S.D.C. - Rome
APR 1 0 2013
JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY SWEET, on behalf of himself and others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CLEARSIGNAL NETWORKS LLC; CLEARSIGNAL NETWORK SOLUTIONS, INC.; ROBERT HENRY; and JUDY GORDON HENRY )<br><br>Defendants. ) | CIVIL ACTION NO.<br>1:12-CV-02447-RLV |

## ORDER

Upon reading the Parties' Joint Motion for Order Approving Settlement Agreement and Dismissing Action (the "Motion), seeking the Court's approval of the settlement of Plaintiff's claim under the Fair Labor Standards Act ("FLSA") and O.C.G.A. §10-1-702, administratively closing the case and the dismissal of their action with prejudice upon notification by Plaintiffs that the payments have been made.

Having read and considered the Motion and reviewed the Settlement Agreement and Release of Claims between Plaintiff and Defendants, the Court hereby finds that the Settlement is fair and reasonable and approves the same. Accordingly, the parties' Motion is hereby GRANTED and the Clerk is

DIRECTED to administratively close this matter and Plaintiffs' claims will be dismissed with prejudice upon notification by Plaintiffs that payments have been completed, with each party bearing their own costs and attorneys' fees except as otherwise provided in the Settlement Agreement.

Entered this 10th day of April, 2013.

*Robert L. Vining, Jr.*
Judge, United States District Court
Northern District of Georgia